# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-60170

_____

United States Court of Appeals
Fifth Circuit

**FILED**
September 9, 2019

Lyle W. Cayce
Clerk

CASMIRO CRUZ TELLEZ,
also known as Casimiro Cruz, also known as Casimiro Cruz Tellez,

      Petitioner,

Versus

WILLIAM P. BARR, U.S. Attorney General,

      Respondent.

_____

Petition for Review of an Order of
the Board of Immigration Appeals
No. A042 214 710

_____

Before SMITH, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Under 8 U.S.C. § 1252(b)(5)(B), there is a genuine issue of material fact as to the petitioner's claim of United States citizenship.  IT IS ORDERED that the petitioner's motion to transfer the petition for review to the United States

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-60170

District Court for the Western District of Texas for review of his citizenship claim is GRANTED. The appeal is DISMISSED. This order is not to be construed as a comment on citizenship or any other issue.